IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DELISSALYNN SMOCK, et al.**, | * | |
| *Plaintiff*, | * | |
| v. | * | Civil Action No. 8:23-CV-01154-DKC |
| **MERIDIAN SENIOR LIVING, LLC**, | * | |
| *Defendant*. | * | |

### RULE 41(a)(1)(A)(ii) STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties, by and through their counsel of record, hereby voluntarily stipulate to dismiss the above-captioned matter without prejudice. The Parties agree that costs and expenses shall be borne by the party incurring same, unless otherwise separately agreed to between the Parties.

This Court permits self-executing dismissals without prejudice of claims under the Fair Labor Standards Act ("FLSA"), and such dismissals do not require court approval. *See Burciaga v. Red Robin International, Inc.*, 1:21-cv-01772-JKB, Dkt. No. 70 (D. Md. July 17, 2023) (Bredar, C.J.) (citing *Davis v. BT Americas Inc.*, Civ. No. 16-0206, 2017 WL 11507143, at *1 (E.D. Va. Apr. 13, 2017)) ("Although courts have held that the FLSA requires court approval of the terms under which the parties may dismiss an FLSA claim with prejudice, where the parties stipulate to dismissal without prejudice, the plaintiff is not foreclosed from refiling any FLSA claim at a later time, and thus, such a stipulated dismissal remains self executing without contravening the FLSA[.]" (citations, quotations, and alterations omitted)); *Martin v. Harrah's NC Casino Co., LLC*, Civ. No. 19-00185-MR, 2021 WL 966029, at *1 (W.D.N.C. Mar. 15, 2021) ("[C]ourts let parties stipulate to the dismissal of FLSA claims without prejudice even if the parties lack approval

from the Secretary of Labor or a court of competent jurisdiction.")). The *Burciaga v. Red Robin* decision of this Court is attached hereto as Exhibit 1.

**SO STIPULATED.**

Respectfully and jointly submitted on December 13, 2024.

| | |
|---|---|
| /s/ William M. Hogg | /s/ Yedidyah Charner |
| Taylor A. Jones (MD Bar No. 20049) | Yedidyah Charner (MD Bar No. 20968) |
| Michael A. Josephson (*Pro Hac Vice*) | **JACKSON LEWIS P.C.** |
| Andrew W. Dunlap (*Pro Hac Vice*) | 2800 Quarry Lake Drive, Suite 200 |
| William M. Hogg (*Pro Hac Vice*) | Baltimore, Maryland 21209 |
| **JOSEPHSON DUNLAP LLP** | Tel: (410) 415-2025 |
| 11 Greenway Plaza, Suite 3050 | Fax: (410) 415-2001 |
| Houston, Texas 77046 | jed.charner@jacksonlewis.com |
| 713-352-1100 – Telephone | |
| 713-352-3300 – Facsimile | Eric R. Magnus (*Pro Hac Vice*) |
| tjones@mybackwages.com | **JACKSON LEWIS P.C.** |
| mjosephson@mybackwages.com | 171 Seventeenth Street, NW, Suite 1200 |
| adunlap@mybackwages.com | Atlanta, Georgia 30363 |
| whogg@mybackwages.com | Tel: (404) 586-1820 |
| | Fax: (404) 525-1173 |
| *Counsel for Plaintiffs* | eric.magnus@jacksonlewis.com |
| | |
| | *Attorneys for Meridian Senior Living, LLC* |

### CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2024 a true and correct copy of the foregoing will be served on all counsel of record via the Court's CM/ECF filing system.

/s/ William M. Hogg
William M. Hogg