```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND

DELISSALYNN SMOCK, individually :
and for others similarly
situated                        :

    v.                          :   Civil Action No. DKC 23-1154

                                :
MERIDIAN SENIOR LIVING, LLC
                                :
```

**ORDER**

The parties[1] filed a Stipulation of Dismissal without prejudice on December 13, 2024.[2] (ECF No. 40). The Stipulation asserts that court approval for this action filed under the Fair Labor Standards Act ("FLSA") is not required because the parties seek dismissal of the claims without prejudice. The parties cite to other district court cases. In *Samake v. Thunder Lube, Inc.*, 24 F.4th 804, 810 (2ᵈ Cir. 2022), the appellate court held that the requirement for court approval of FLSA settlements applies to dismissals without prejudice whether unilaterally under Rule

---

[1] The caption only names Delissalyn Smock as the named plaintiff. Several others have "opted in" to this case and appear on the docket in their own right. Counsel purports to sign as to "plaintiffs" and the court assumes that all of the "opt in" plaintiffs concur in the dismissal.

[2] The parties' Stipulation of Dismissal without prejudice does not contain the electronic signature of all counsel listed on the stipulations. Specific instructions and examples of documents requiring signatures of attorneys can be found in the Electronic Filing Requirements and Procedures Manual or on the court's website at http://www.mdd.uscourts.gov/content/attorney-signature-formats.

41(a)(1)(A)(i) or by stipulation under (A)(ii).  Thus, the court requires the parties to notify the court whether the dismissal results from a FLSA settlement, and if so, why the dismissal should be approved.

Supplementation of the record shall be made by January 17, 2025.


December 17, 2024                         /s/
                              DEBORAH K. CHASANOW
                              United States District Judge